## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-53 |
| BRITISH AIRWAYS, PLC, | § | |
| Defendant. | § | |
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-54 |
| PIRCELINE.COM, INC., | § | |
| Defendant. | § | |
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-55 |
| BRANCH BANKING & TRUST CO., | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-56** |
| **ESURANCE INSURANCES SERVICES, INC.,** | § § § § § | |
| Defendant. | § § | |
| _____ | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | **CIVIL ACTION NO. 2:12-CV-57** |
| **GREEN DOT, CORP.,** | § § § | |
| Defendant. | § § | |
| _____ | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | **CIVIL ACTION NO. 2:12-CV-58** |
| **KEYCORP,** | § § § | |
| Defendant. | § § | |
| _____ | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | **CIVIL ACTION NO. 2:12-CV-59** |
| **MCAFEE, INC.,** | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:12-CV-60** |
| | § | |
| **SVB FINANCIAL GROUP,** | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |
| | § | |
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:12-CV-61** |
| | § | |
| **WELLS FARGO & COMPANY,** | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |
| | § | |
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:12-CV-63** |
| | § | |
| **FIRST NATIONAL BANK OF OMAHA,** | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |
| | § | |
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:12-CV-64** |
| | § | |
| **MONEYGRAM INTERNATIONAL, INC.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-65** |
| **NETSPEND CORPORATION,** | § § § | |
| Defendant. | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-66** |
| **OPTIONSHOUSE, LLC,** | § § § | |
| Defendant. | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-69** |
| **PENTAGON FEDERAL CREDIT UNION,** | § § § | |
| Defendant. | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-70** |
| **TCF FINANCIAL CORPORATION,** | § § § | |
| Defendant. | § § § | |

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-71** |
| **YORK SECURITIES, INC.,** | § § § | |
| Defendant. | § § | |
| ———————————————— | § § | |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:12-CV-72** |
| **SECURITY SERVICE FEDERAL CREDIT UNION,** | § § § § | |
| Defendant. | § | |

**O R D E R**

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** the above-captioned cases to the Honorable Caroline M. Craven for all pretrial purposes.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of February, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE